AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) Wilner, Michael R. | 2. Court or Organization U.S. District Court, Central District of California | 3. Date of Report 1/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☑ Initial ☐ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 1/1/2010 to 12/31/2011 |
| 7. Chambers or Office Address 312 N. Spring St. Room 930 Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | ▒▒▒▒▒▒ - salary |
| 2. | 2010 | ▒▒▒▒▒ - salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilner, Michael R.** | 1/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on Los Angeles CA rental property #1 | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Los Angeles CA rental property #1 | E | Rent | O | W | Exempt | | | | |
| 2. Brokerage Account #1 | | | | | | | | | |
| 3. -FEDERATED CALIF MUNI CASH TR-INST'L | A | Int./Div. | K | T | | | | | |
| 4. -ISHARES MSCI EAFE SMALL CAP INDEX FUND | A | Dividend | J | T | | | | | |
| 5. -ISHARES S&P 500 GROWTH INDEX FUND | B | Dividend | L | T | | | | | |
| 6. -FIDELITY FOCUSED HIGH INCOME FUND | A | Dividend | | | | | | | |
| 7. -ISHARES TRUST COHEN & STEERS REALTY MAJORS INDEX FUND | A | Dividend | J | T | | | | | |
| 8. -ISHARES TRUST RUSSELL 1000 GROWTH INDEX FUND | A | Dividend | K | T | | | | | |
| 9. -ISHARES TRUST RUSSELL 1000 VALUE INDEX FUND | B | Dividend | K | T | | | | | |
| 10. -ISHARES TRUST RUSSELL 2000 GROWTH INDEX FD | A | Dividend | K | T | | | | | |
| 11. -ISHARES TRUST RUSSELL 2000 VALUE INDEX FUND | A | Dividend | J | T | | | | | |
| 12. -VANGUARD CALIF INT TRM T/E F-AD Total | D | Dividend | K | T | | | | | |
| 13. -VANGUARD DIVIDEND APPREC INDEX FUND ETF | A | Dividend | K | T | | | | | |
| 14. -VANGUARD FIXED INCOME SECURITIES HIGH YIELD CORPORATE PORT | D | Dividend | J | T | | | | | |
| 15. -WILMINGTON LARGE-CAP STRATEGY FUND-INSTL | A | Dividend | | | | | | | |
| 16. -WILMINGTON MULTI-MANAGER INTERNATIONAL-I | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. -WILMINGTON MULTI-MANAGER REAL ASSET FUND INSTITUTIONAL | B | Dividend | J | T | | | | | |
| 18. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 19. -AMR CORP COMMON | | None | | | | | | | |
| 20. -APPLE INC | | None | | | | | | | |
| 21. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 22. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 23. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 24. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 25. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 26. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 27. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 28. -AGL RESOURCES INC COMMON | A | Dividend | | | | | | | |
| 29. -ASSOCIATED BANC CORP COMMON | A | Dividend | | | | | | | |
| 30. -AT&T INC | A | Dividend | | | | | | | |
| 31. -BANK OF AMERICA CORP COMMON | A | Dividend | | | | | | | |
| 32. -BIG LOTS INC COMMON | | None | | | | | | | |
| 33. -BJ'S WHOLESALE CLUB INC COMMON | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. -BRINKER INTERNATIONAL COMMON | A | Dividend | | | | | | | |
| 35. -CABOT CORPORATION COMMON | A | Dividend | | | | | | | |
| 36. -CAMERON INTERNATIONAL CORPORATION | | None | | | | | | | |
| 37. -CARPENTER TECHNOLOGY CORP COMMON | A | Dividend | | | | | | | |
| 38. -CHEVRON CORP COMMON | A | Dividend | | | | | | | |
| 39. -CISCO SYSTEMS COMMON | | None | | | | | | | |
| 40. -COACH INC COMMON | A | Dividend | | | | | | | |
| 41. -COCA COLA ENTERPRISES INC | A | Dividend | | | | | | | |
| 42. -COMCAST CORPORATION COMMON CLASS A | A | Dividend | | | | | | | |
| 43. -COMMERCIAL METALS CO COMMON | A | Dividend | | | | | | | |
| 44. -CONOCOPHILLIPS COMMON | A | Dividend | | | | | | | |
| 45. -COVANTA HOLDING CORPORATION | A | Dividend | | | | | | | |
| 46. -CRANE CO COMMON | A | Dividend | | | | | | | |
| 47. -DANAHER CORP COMMON | A | Dividend | | | | | | | |
| 48. -DELL INC COMMON | | None | | | | | | | |
| 49. -DISNEY WALT CO COMMON | A | Dividend | | | | | | | |
| 50. -EBAY INC COMMON | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -EL PASO CORPORATION COMMON | A | Dividend | | | | | | | |
| 52. -ENDO PHARMACEUTICALS HOLDINGS INC COMMON" | | None | | | | | | | |
| 53. -EQUIFAX COMMON | A | Dividend | | | | | | | |
| 54. -EXXON MOBIL CORPORATION COMMON | A | Dividend | | | | | | | |
| 55. -FEDERATED CALIF MUNI CASH TR- INST'L | A | Dividend | | | | | | | |
| 56. -FEDEX CORPORATION COMMON | A | Dividend | | | | | | | |
| 57. -GATX CORP COMMON | A | Dividend | | | | | | | |
| 58. -GENERAL ELECTRIC CO COMMON | A | Dividend | | | | | | | |
| 59. -GENERAL MILLS INCORPORATED COMMON | A | Dividend | | | | | | | |
| 60. -GILEAD SCIENCES COMMON | | None | | | | | | | |
| 61. -GOODYEAR TIRE & RUBBER CO COMMON | | None | | | | | | | |
| 62. -GOOGLE INC CLASS A | | None | | | | | | | |
| 63. -HAWAIIAN ELECTRIC INDUSTRIES COMMON | A | Dividend | | | | | | | |
| 64. -IAC/INTERACTIVECORP | | None | | | | | | | |
| 65. -INTEL CORP COMMON | A | Dividend | | | | | | | |
| 66. -INTERACTIVE BROKERS GROUP INC- CL A | A | Dividend | | | | | | | |
| 67. -INTERNATIONAL BUSINESS MACHINES CORP COM | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -JOHNSON & JOHNSON COMMON | A | Dividend | | | | | | | |
| 69. -JPMORGAN CHASE & COMPANY COMMON | A | Dividend | | | | | | | |
| 70. -KIMBERLY CLARK CORP COMMON | A | Dividend | | | | | | | |
| 71. -KROGER COMPANY COMMON | A | Dividend | | | | | | | |
| 72. -LIBERTY MEDIA HOLDING-CAP SER A | | None | | | | | | | |
| 73. -MEDCO HEALTH SOLUTIONS INC COMMON | | None | | | | | | | |
| 74. -MICROSOFT CORP COMMON | A | Dividend | | | | | | | |
| 75. -MOODYS CORPORATION COMMON | A | Dividend | | | | | | | |
| 76. -NRG ENERGY INC COMMON | | None | | | | | | | |
| 77. -ORACLE CORP COMMON | A | Dividend | | | | | | | |
| 78. -OSI PHARMACEUTICALS INC COMMON | | None | | | | | | | |
| 79. -PFIZER COMMON | A | Dividend | | | | | | | |
| 80. -PITNEY-BOWES COMMON | A | Dividend | | | | | | | |
| 81. -PROCTER & GAMBLE CO COMMON | A | Dividend | | | | | | | |
| 82. -RESMED INC COMMON | | None | | | | | | | |
| 83. -SOUTHERN COMPANY COMMON | A | Dividend | | | | | | | |
| 84. -SPX CORP COMMON | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -TARGET CORP COMMON | A | Dividend | | | | | | | |
| 86. -TEREX CORP NEW COMMON | | None | | | | | | | |
| 87. -TELEFLEX INCORPORATED COMMON | A | Dividend | | | | | | | |
| 88. -THE STUDENT LOAN CORP COMMON | A | Dividend | | | | | | | |
| 89. -TIME WARNER CABLE-A | A | Dividend | | | | | | | |
| 90. -TITANIUM METALS CORP | | None | | | | | | | |
| 91. -UNITED TECHNOLOGIES CORP COMMON | A | Dividend | | | | | | | |
| 92. -VANGUARD DIVIDEND APPREC INDEX FUND ETF | A | Dividend | | | | | | | |
| 93. -VANGUARD INFLATION PROTECTED SEC FUND | A | Dividend | | | | | | | |
| 94. -VARIAN MEDICAL SYSTEMS INC COMMON | | None | | | | | | | |
| 95. -WELLPOINT INC | | None | | | | | | | |
| 96. -WELLS FARGO & CO NEW COMMON | A | Dividend | | | | | | | |
| 97. -WILMINGTON LARGE-CAP STRATEGY FUND-INSTL | A | Dividend | | | | | | | |
| 98. -WINDSTREAM CORP-W/I | A | Dividend | | | | | | | |
| 99. Brokerage Account #2 | | | | | | | | | |
| 100. -FEDERATED CALIF MUNI CASH TR-INST'L | A | Dividend | K | T | | | | | |
| 101. -VANGUARD CALIF TAX FREE FD CALIFORNIA INSUREC INTER TERM P | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -WILMINGTON AGGRESSIVE ASSET ALLOCATION FUND- INSTITUTIONAL | C | Dividend | M | T | | | | | |
| 103. Brokerage Account #3 | | | | | | | | | |
| 104. -FEDERATED CALIF MUNI CASH TR- INST'L | A | Dividend | K | T | | | | | |
| 105. -WILMINGTON AGGRESSIVE ASSET ALLOCATION FUND- INSTITUTIONAL | C | Dividend | L | T | | | | | |
| 106. Brokerage Account #4 | | | | | | | | | |
| 107. -FEDERATED CALIF MUNI CASH TR- INST'L | A | Dividend | K | T | | | | | |
| 108. -VANGUARD CALIF TAX FREE FD CALIFORNIA INSUREC INTER TERM P | B | Dividend | K | T | | | | | |
| 109. -WILMINGTON AGGRESSIVE ASSET ALLOCATION FUND- INSTITUTIONAL | C | Dividend | L | T | | | | | |
| 110. Brokerage Account #5 | | | | | | | | | |
| 111. -WILMINGTON AGGRESSIVE ASSET ALLOCATION FUND- INSTITUTIONAL | C | Dividend | L | T | | | | | |
| 112. -WILMINGTON PRIME MM FUND W CLASS | A | Dividend | J | T | | | | | |
| 113. Brokerage Account #6 | | | | | | | | | |
| 114. -WILMINGTON AGGRESSIVE ASSET ALLOCATION FUND- INSTITUTIONAL | A | Dividend | J | T | | | | | |
| 115. -WILMINGTON CONSERVATIVE ASSET ALLOCATION FUND- INSTITUTION | B | Dividend | K | T | | | | | |
| 116. -WILMINGTON PRIME MM FUND W CLASS | A | Dividend | J | T | | | | | |
| 117. Citibank-Checking and Savings Accounts | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 118. 529 Account #1 | | | | | | | | | |
| 119. -Age-based funds | | None | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilner, Michael R. | 1/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael R. Wilner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544